# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Association of Jewish Camp Operators**, | ) |
| **Samuel Werzberger, MD, FAAP**, | ) |
| **Ariela Orkaby, MD, MPH**, | ) |
| **Beth Statfeld**, | ) |
| **Gail Zahtz**, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 1:20-CV-0687 (GLS-DJS) |
| **Andrew M. Cuomo**, Governor of the State of New York, in his official capacity, | ) |
| *Defendant*. | ) |

## DECLARATION OF AVI SCHICK

Pursuant to 28 U.S.C. § 1746, I, Avi Schick, hereby declare as follows:

1. I voluntarily and freely make this declaration for use as evidence in support of the Application for a Temporary Restraining Order and Preliminary Injunction, filed by the Association of Jewish Camp Operators (the "Association"); Samuel Werzberger MD, FAAP; Ariela Orkaby Sherman, MD, MPH; Beth Statfeld; and Gail Zahtz (collectively, "Plaintiffs") in the above-styled action, for use in any other proceeding in the above-styled action, and for any other use or purpose authorized by law. I have personal knowledge as to all matters set forth herein, and I am competent and authorized to make this declaration to the statements and facts contained herein.

2. I am counsel for Plaintiffs in the above-captioned case, and I make this declaration pertaining to Exhibits A to M attached hereto and filed in support of the Motion for Temporary Restraining Order and Preliminary Injunction.

3. I hereby certify that Exhibits A to M are true copies of the original digital sources, or pertinent excerpts from those sources, with the exception of digitally inserted Exhibit Markings and pagination added to each Exhibit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 21, 2020.

Avi Schick
avi.schick@troutman.com

Troutman Sanders LLP
875 Third Avenue
New York, NY 10022
(212) 704-6000

*Attorney for Plaintiffs*