

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct:  (518) 776-2584

June 22, 2020

Hon. Gary L. Sharpe
Senio U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 112
Albany, NY  12207

Re:   *Association of Jewish Camp Operators, et al. v. Cuomo*
      20-cv-687, GLS/DJS
      Plaintiffs' Request for a Temporary Restraining Order Upon Order to Show Cause

Dear Judge Sharpe,

Please accept this letter in response to plaintiffs' letter dated June 22, 2020.

Defendants respectfully request until Monday, June 29, 2020 to submit opposition to Plaintiffs' motion for a temporary restraining order.

Defendants were not served with this motion until today, June 22. Plaintiffs have been on notice for months that overnight summer camps might not open. They admit they had definitive notice that overnight camps could not open as of June 12, 2020, giving them 10 days to tailor their complaint to the specific facts of their case. Defendants should be afforded a similar opportunity to develop evidence and argument in opposition.

Thank you for your consideration of this matter.

Respectfully yours,

s/ *Chris Liberati-Conant*

Chris Liberati-Conant
Assistant Attorney General
Bar Roll No. 700466
christopher.liberati-conant@ag.ny.gov