UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| In the Matter of the reassignment of Civil Case to the Honorable Glenn T. Suddaby | ORDER OF REASSIGNMENT |

_____

      **ORDERED** that the following case has been randomly reassigned to the Honorable Glenn T. Suddaby, Chief U.S. District Judge.

| Case Number | Caption |
|---|---|
| 1:20-cv-687 (GTS) | Association of Jewish Camp Operators, et al v. Cuomo |

**IT IS SO ORDERED.**

Dated: June 23, 2020
Syracuse, New York

_[signature]_
Chief U.S. District Judge
Northern District of New York