UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ASSOC. OF JEWISH CAMP OPERATORS, et al.,

                         *Plaintiffs*,

    -against-

ANDREW M. CUOMO, Governor of the State of New York, in His Official Capacity,

                         *Defendants*.

**NOTICE OF APPEARANCE**

20-cv-6887

(GTS/)

---

PLEASE TAKE NOTICE that the undersigned, whose address and telephone number are as set forth below, hereby appears on behalf of defendant Andrew Cuomo, Governor of the State of New York.

Dated: Albany, New York
       June 23, 2020

                                LETITIA JAMES
                                Attorney General of the State of New York
                                Attorney for Defendants Annucci and Bellnier
                                The Capitol
                                Albany, New York  12224

                                By: *s/Chris Liberati-Conant*
                                Chris Liberati-Conant
                                Assistant Attorney General, of Counsel
                                Bar Roll No. 700466
                                Telephone: (518) 776-2584
                                Email: christopher.liberati-conant@ag.ny.gov

To:    Jeremy Zielinski
       16A3601
       Auburn Correctional Facility
       PO Box 618
       Auburn, NY 13021