UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**ASSOCIATION OF JEWISH CAMP OPERATORS, et al.,**

CIVIL ACTION NO.: 1:20-CV-0687

**vs** *Plaintiff*

**ANDREW M. CUOMO, GOVERNOR OF THE STATE OF NEW YORK, IN HIS
OFFICIAL CAPACITY**

*Defendant*

# AFFIDAVIT OF SERVICE

State of New York  }
County of New York }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in New York, New York

That on **6/22/2020** at **12:12 PM** at **28 Liberty Street, 16th Floor, New York, NY 10005**

deponent served a(n) **Summons in a Civil Action, Verified Complaint for Declaratory and Injunctive Relief from Constitutional Deprivations**

on **Andrew M. Cuomo, Gorvernor of the State of New York, in his official capacity**, a domestic corporation,

by delivering thereat a true copy of each to **Jasmine Hughes**  personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **authorized to accept service** thereof.

<u>Description of Person Served:</u>
Gender : Female
Skin :  Black
Hair : Black
Age : 22 - 35 Yrs.
Height : 5' 9" - 6' 0"
Weight :Over 200 Lbs.
Other :

Sworn to before me this
23rd day of June, 2020

_____
NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2023

_____
Juan Pimentel
License No.2066974

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

| | |
|---|---|
| Association of Jewish Camp Operators;  Samuel Werzberger, MD, FAAP; Ariela Orkaby, MD, MPH; Beth Statfeld; Gail Zahtz  _____ *Plaintiff* | ) ) ) ) |
| v. | ) )  Civil Action No.   1:20-CV-0687 (GLS/DJS) |
| Andrew M. Cuomo, Governor of the State of New York, in his official capacity  _____ *Defendant* | ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Andrew M. Cuomo, Governor of the State of New York, in his official capacity
NYS State Capitol Building
Albany, NY 12224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Troutman Sanders LLP
Avi Schick, Esq.
875 Third Avenue
New York, NY 10022
(212) 704-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date:  6/19/2020   _____

s/Susan Evans
*Signature of Clerk or Deputy Clerk*

2020 JUN 22  PM 12: 12
RECEIVED
MANAGING ATTNY'S OFC
ATTORNEY GENERAL
STATE OF NEW YORK

Troutman Sanders LLP
875 Third Avenue
New York, New York 10022

troutman.com

**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com



June 25, 2020

**VIA ECF**

Hon. Glenn T. Suddaby
Chief U.S. District Judge
US District Court
Northern District of New York
James T. Foley U.S. Courthouse
Suite 509
445 Broadway
Albany, NY 12207

**Re:    1:20-CV-0687 (GLS/DJS) Association of Jewish Camp Operators, et al. vs. Andrew M. Cuomo**

Dear Judge Suddaby:

Attached please find the proof of service for filing the Summons and Complaint in the above-referenced matter.

Sincerely,

*s/ Bennet J. Moskowitz*
Bennet J. Moskowitz