IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Association of Jewish Camp Operators, | ) |
| Samuel Werzberger, MD, FAAP, | ) Case No. 1:20-CV-0687 (GLS-DJS) |
| Ariela Orkaby, MD, MPH, | ) |
| Beth Statfeld, | ) **AFFIDAVIT OF SERVICE** |
| Gail Zahtz, | ) |
|     *Plaintiffs,* | ) |
| v. | ) |
| Andrew M. Cuomo, Governor of the State of New York, in his official capacity, | ) |
|     *Defendant.* | ) |

STATE OF NEW YORK   )
                           ) ss:
COUNTY OF NEW YORK  )

    Sarah Harris-Finkel, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age and reside in Richmond County, New York. On June 24, 2020 I served the Text Order issued by the Honorable Chief Judge Glenn T. Suddaby, Docket Entry 13, and Plaintiff's motion for emergency relief which included the following documents: (i) Notice of Motion for a Temporary Restraining Order and Preliminary Injunction; (ii) Order to Show Cause; (iii) Memorandum of Law in Support of Motion (iv) Declaration of Avi Schick with exhibits; (v) Declaration of Avi Schick regarding Notice; (vi) Declaration of Avi Schick regarding Order to Show Cause; (vii) Declaration of Meir Frischman; (viii) Declaration of Daniel S. Berman; (ix) Declaration of Avrohom Schwartz; (x) Declaration of Ariela Orkaby Sherman; and the (xi) Declaration of Gail Zahtz via electronic mail and Federal Express for standard overnight delivery to the following addresses set forth below.

    Christopher Liberati-Conant
    Office of the Attorney General
    The Capitol
    Albany, NY 12224-0341
    **christopher.liberati-conant@ag.ny.gov**

42370005

_Sarah Harris-Finkel_

Sarah Harris-Finkel

Sworn to before me this
24th day of June 2020

_Kenneth Horrmann_
Notary Public

KENNETH J. HORRMANN
NOTARY PUBLIC, State of New York
No. 01HO6131320
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Aug. 1, 20 21

42370005

### E-Notary Certification

### [Notarization Made Pursuant To Executive Order 202.7]

Kenneth J. Horrmann, a notary public duly commissioned by the New York State Secretary of State's office, states the following under penalties for perjury:

1. On June 24, 2020, I witnessed the annexed document(s) being signed, using audio-video technology, and then notarized same by placing my seal and signature thereon.

2. The person seeking the Notary's services, was not personally known to me and, therefore, upon request, presented a valid photo ID to me during the video conference held this day via Zoom videoconferecing.

3. The video conference allowed for direct interaction between the person signing and me.

4. The person signing affirmatively represented that they were physically situated in the State of New York, County of Richmond, Your affirmant was located at 1137 Willowbrook Road Staten Island NY 10314, the time of this electronic notarization.

5. I then witnessed the person execute the document(s). The person then transmitted, via electronic means a legible copy of the signed document(s) directly to my email address (Kenneth.Horrmann@troutman.com) on the same date it was signed.

6. I then notarized the transmitted copy of the document(s) and transmitted the same back to the person on the same day.

7. The notarization of the original signed document will be completed within thirty days after the date of execution, which said original will be dated this day, June 24, 2020, and kept together with the electronically notarized copy.

Dated: New York, New York          June 24, 2020

NOTARY: _/s/ Kenneth J. Horrmann_

Commission Expires: 08/01/2021

KENNETH J. HORRMANN
NOTARY PUBLIC, State of New York
No. 01HO6131320
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Aug. 1, 20__

Troutman Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com

**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

June 25, 2020

**VIA ECF**

Hon. Glenn T. Suddaby
Chief U.S. District Judge
US District Court
Northern District of New York
James T. Foley U.S. Courthouse
Suite 509
445 Broadway
Albany, NY 12207

    **Re:**    1:20-CV-0687 (GLS/DJS) Association of Jewish Camp Operators, et al. vs. Andrew M. Cuomo

Dear Judge Suddaby:

    Attached please find the proof of service for filing our Motion for a Temporary Restraining Order and Preliminary Injunction in the above-referenced action.

    Sincerely,

    *s/ Bennet J. Moskowitz*
    Bennet J. Moskowitz