## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Association of Jewish Camp Operators**, | ) |
| | ) |
| **Samuel Werzberger, MD, FAAP**, | ) Case No. 1:20-CV-0687 (GLS-DJS) |
| | ) |
| **Ariela Orkaby, MD, MPH**, | ) |
| | ) |
| **Beth Statfeld**, | ) **NOTICE OF APPEARANCE** |
| | ) |
| **Gail Zahtz**, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| *v.* | ) |
| | ) |
| **Andrew M. Cuomo**, Governor of the State of New York, in his official capacity, | ) ) |
| | ) |
| *Defendant.* | ) |

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as counsel for Plaintiffs Association of Jewish Camp Operators, Samuel Werzberger, Ariela Orkaby MD, MPH, Beth Statfeld and Gail Zahtz in the above-captioned action. I certify that I am admitted to practice in this Court. All notices given or required to be given and all papers filed in this action shall be served upon the undersigned.

Dated: June 29, 2020
      New York, New York

                                   **TROUTMAN SANDERS LLP**

                                   */s/ Avi Schick*
                                   Avi Schick, Esq.
                                   875 Third Avenue
                                   New York, NY 10022
                                   Telephone: (212) 704-6000
                                   Facsimile: (212) 704-6288
                                   avi.schick@troutman.com
                                   *Attorneys for Plaintiffs*