# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Association of Jewish Camp Operators**, | ) |
| **Samuel Werzberger, MD, FAAP**, | ) |
| **Ariela Orkaby, MD, MPH**, | ) |
| **Beth Statfeld**, | ) |
| **Gail Zahtz**, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 1:20-CV-0687 (GLS-DJS) |
| **Andrew M. Cuomo**, Governor of the State of New York, in his official capacity, | ) |
| *Defendant*. | ) |

## MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.1(d), the undersigned attorney hereby moves the Court for an Order admitting William Alexander Smith, Esq., an attorney admitted to practice before the courts of the State of Georgia, to practice *pro hac vice* in connection with the above-captioned case.

William Alexander Smith, Esq. is an attorney at the law firm Troutman Sanders LLP, located in Atlanta, Georgia. Accompanying this motion is a Petition for Admission, Attorney Registration Form, Certificate of Good Standing from the Supreme Court of the State of Georgia, and the Declaration of Sponsor.

This 26th day of June, 2020.

2

/s/ Avi Schick
Avi Schick (2702470)
avi.schick@troutman.com

TROUTMAN SANDERS LLP
875 Third Avenue
New York, NY  10022
(212) 704-6000

*Attorneys for Plaintiffs*

2

42550362v1

**CERTIFICATE OF SERVICE**

I hereby certify tha ton June 26, 2020, I electronically filed the foregoing Motion for *Pro Hac Vice* Admission and accompanying documents using the CM/ECF system, which sent electronic notification of such filing to all counsel of record in this case.

/s/ Avi Schick
Avi Schick (2702470)
avi.schick@troutman.com
