# EXHIBIT N



**New York Forward (/)**

[≤ **NY Forward (/ny-forward)**](/ny-forward)

# Phase Four Industries

**SECTIONS**

**Overview (#overview)**

**Higher Education (#higher-education)**

**Low-Risk Outdoor Arts & Entertainment (#low-risk-outdoor-arts---entertainment)**

# Overview

The guidelines below apply to non-essential businesses in regions that are permitted to reopen, essential businesses throughout the state that were previously permitted to remain open, and commercial and recreational activities that have been permitted to operate statewide with restrictions. If guidance has not yet been published for your specific industry, but you are permitted to reopen, please refer to the NY Forward Safety Plan template (https://www.governor.ny.gov/sites/governor.ny.g

## Phase Four: Central New York, Finger Lakes, Mohawk Valley, North Country and the Southern Tier can enter Phase Four of reopening.

- Higher Education

**Low-Risk Indoor Arts & Entertainment (#low-risk-indoor-arts---entertainment)**

- Low-Risk Outdoor Arts & Entertainment
- Low-Risk Indoor Arts & Entertainment
- Media Production

**For help determining whether or not your business is eligible to reopen, use the reopen lookup tool. You can also scroll down to find the guidance for each phase.**

NY FORWARD BUSINESS REOPEN LOOKUP TOOL

**Media Production (#media-production)**

(https://www.businessexpress.ny.gov/app/nyforw

**NEXT SECTION**                              Continue   ↓

**Frequently Asked Questions (#frequently-asked-questions)**

Higher Education

# Higher Education

(HTTPS://WWW.GOVERNOR.NY.GOV/SITES/...

(HTTPS://WWW.GOVERNOR.NY.GOV/SITES/...

(HTTPS://WWW.GOVERNOR.NY.GOV/SITES/...

NEXT SECTION                                    Continue   ↓

Low-Risk Outdoor Arts & Entertainment

# Low-Risk Outdoor Arts & Entertainment

VIEW SUMMARY GUIDELINES

(https://www.governor.ny.gov/sites/governor.ny.

(HTTPS://WWW.GOVERNOR.NY.GOV/SITES/

PRINT BUSINESS SAFETY PLAN TEMPLATE

(https://www.governor.ny.gov/sites/governor.ny.

NEXT SECTION                                    Continue   ↓

Low-Risk Indoor Arts & Entertainment

# Low-Risk Indoor Arts & Entertainment

VIEW SUMMARY GUIDELINES

(https://www.governor.ny.gov/sites/governor.ny.c

RE
(HTTPS://WWW.GOVERNOR.NY.GOV/SITES/C

PRINT BUSINESS SAFETY PLAN TEMPLATE

(https://www.governor.ny.gov/sites/governor.ny.c

**NEXT SECTION**                      Continue  ↓

Media Production

# Media Production

VIEW SUMMARY GUIDELINES

(https://www.governor.ny.gov/sites/governor.ny.c

READ AND AFFIRM DETAILED GUIDELINES (https://www.governor.ny.gov/sites/governor.ny.g

PRINT BUSINESS SAFETY PLAN TEMPLATE (https://www.governor.ny.gov/sites/governor.ny.g

**NEXT SECTION**                          Continue  ↓

Frequently Asked Questions

# Frequently Asked Questions

Visit Empire State Development's website for frequently asked questions on how the New York Forward re-opening plan impacts your business.

FREQUENTLY ASKED QUESTIONS (HTTPS://ESD.NY.GOV/NYFORWARD-FAQ)

# New York Forward

**Accessibility**

**Contact Us**

**Disclaimer**

**Empire State Development**

**Freedom of Information Law (FOIL) Requests**

**Novel Coronavirus**

**Privacy Policy**