# EXHIBIT P



**New York Forward (/)**



## Reopening New York

NYC is in Phase 2 of reopening. Western NY, Capital Region, Mid-Hudson & Long Island are in Phase 3. Other regions are in Phase 4.

**PHASE 4 GUIDANCE (/PHASE-FOUR-INDUSTRIES)**

**NEW YORK CITY (/REOPENING-NEW-YORK-CITY)**

## REGIONAL REOPENING



## MOVING NEW YORK FORWARD

# Industry Guidance and Reopening

Phase One (/phase-one-industries)

Phase Two (/phase-two-industries)

Phase Three (/phase-three-industries)

Phase Four (/phase-four-industries)

# REGION BY REGION STATUS

**PERCENTAGE POSITIVE RESULTS DASHBOARD (/PERCENTAGE-POSITIVE-RESULTS-REGION-DASHBOARD)**

**EARLY WARNING MONITORING DASHBOARD (/EARLY-WARNING-MONITORING-DASHBOARD)**

**DAILY HOSPITALIZATION SUMMARY BY REGION (HTTPS://FORWARD.NY.GOV/DAILY-HOSPITALIZATION-SUMMARY-REGION)**

(/new-york-forward-loan-fund)

### New York Forward Loan Fund (/new-york-forward-loan-fund)

Apply for the New York Forward Loan Fund, targeted toward small businesses, nonprofits and small landlords, and for U.S. Small Business Administration (SBA) loans.

▸ **LEARN MORE & APPLY (HTTPS://ESD.NY.GOV/ECONOMIC-RECOVERY-COVID-19-LOANS-SMALL-BUSINESSES)**

### STAY INFORMED

Stay up-to-date on everything related to the state's response to COVID-19, including testing, unemployment, face masks, and much more.

### COVID-19 UPDATES (HTTPS://CORONAVIRUS.HEALTH.NY.GOV/HOME)

### REOPENING: WHAT YOU NEED TO KNOW (/REOPENING-WHAT-YOU-NEED-KNOW)

### SIGN UP FOR EMAIL UPDATES (HTTPS://CORONAVIRUS.HEALTH.NY.GOV/SIGN-EMAIL-UPDATES)

# New York Forward

**Accessibility**

**Contact Us**

**Disclaimer**

**Empire State Development**

**Freedom of Information Law (FOIL) Requests**

**Novel Coronavirus**

**Privacy Policy**