IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **Association of Jewish Camp Operators**, | ) | |
| | ) | |
| **Samuel Werzberger, MD, FAAP**, | ) | Case No. 1:20-CV-0687 (GLS-DJS) |
| | ) | |
| **Ariela Orkaby, MD, MPH**, | ) | |
| | ) | |
| **Beth Statfeld**, | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| **Gail Zahtz**, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| *v.* | ) | |
| | ) | |
| **Andrew M. Cuomo**, Governor of the State of New York, in his official capacity, | ) ) | |
| | ) | |
| *Defendant.* | ) | |

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as counsel for Plaintiffs Association of Jewish Camp Operators, Samuel Werzberger, Ariela Orkaby MD, MPH, Beth Statfeld, and Gail Zahtz in the above-captioned action. I certify that I am admitted *pro hac vice* in this action. All notices given or required to be given and all papers filed in this action shall be served upon the undersigned.

Dated: July 2, 2020
   Atlanta, Georgia

   **TROUTMAN PEPPER HAMILTON SANDERS LLP**

   _____
   William Alexander Smith, Esq. (*pro hac vice*)
   600 Peachtree St. NE, Suite 3000
   Atlanta, GA 30308
   Telephone: (404) 885-3685
   Facsimile: (404) 885-3900
   alex.smith@troutman.com
   *Attorneys for Plaintiffs*