

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer Direct:  (518) 776-2584

July 9, 2020

Hon. Daniel J. Stewart  
U.S. Magistrate Judge  
James T. Foley U.S. Courthouse  
445 Broadway, Room 112  
Albany, NY  12207

Re: *Association of Jewish Camp Operators, et al. v. Cuomo*  
20-cv-687, GTS/DJS

Dear Judge Stewart,

    On consent of plaintiffs, defendants respectfully request an extension of their time to respond to the complaint, to July 30, 2020.

Sincerely,

s/ Chris Liberati-Conant

Chris Liberati-Conant  
Assistant Attorney General  
Bar Roll No. 700466  
christopher.liberati-conant@ag.ny.gov