## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Association of Jewish Camp Operators**, | )<br>) |
| **Samuel Werzberger, MD, FAAP**, | )<br>) |
| **Ariela Orkaby, MD, MPH**, | )<br>) |
| **Beth Statfeld**, | )<br>) |
| **Gail Zahtz**, | )<br>) |
| *Plaintiffs*, | )<br>) |
| v. | ) Case No. 1:20-CV-0687 (GLS-DJS) |
| **Andrew M. Cuomo**, Governor of the State of New York, in his official capacity, | )<br>)<br>)<br>) |
| *Defendant*. | )<br>) |

### JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Association of Jewish Camp Operators, Samuel Werzberger, MD, FAAP, Ariela Orkaby, MD, MPH, Beth Statfeld, and Gail Zahtz ("Plaintiffs") and Defendant Andrew M. Cuomo (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree that this action is dismissed without prejudice as to all parties. The Parties shall bear their own attorneys' fees and costs.

This 8th day of September, 2020.

/s/ *Avi Schick*
Avi Schick
avi.schick@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue
New York, NY  10022
(212) 704-6000

Misha Tseytlin (WI Bar No. 102199)
misha.tseytlin@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
227 W. Monroe Street, Suite 3900
Chicago, IL  60606
(312) 759-1920

W. Alex Smith (GA Bar No. 532647)
alex.smith@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia  30308
(404) 885-3000

*Attorneys for Plaintiffs*

LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendant Andrew M. Cuomo
The Capitol
Albany, New York  12224

By: /s/ *Chris Liberati-Conant*
Chris Liberati-Conant
Assistance Attorney General, of Counsel
Bar Roll No. 700466
Fax: (518) 915-7738 (Not for service of papers)
Email: christopher.liberati-conant@ag.ny.gov

*Attorneys for Defendant*